IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | No. 12-291 |
| DANIEL JOHNSON : | |

## ORDER

**AND NOW**, this **31st** day of **October, 2012**, upon consideration of Defendant's Motion to Suppress Physical Evidence, Defendant's Motion to Suppress Statements, the Government's response thereto, Defendant's supplemental briefing in support of motions to suppress, the Government's response thereto, following a suppression hearing on August 13, 2012, and for the reasons stated in this Court's Memorandum dated October 31, 2012, it is hereby **ORDERED** that:

1. Defendant's Motion to Suppress Physical Evidence (Document No. 20) is **GRANTED in part and DENIED in part**.

2. Defendant's Motion to Suppress Statements (Document No. 21) is **GRANTED**.

3. Defendant's Motion for Discovery and Inspection (Document No. 17) is **DENIED without prejudice**.

4. Defendant's Motion for Release of *Brady* Materials (Document No. 18) is **DENIED without prejudice**.

5. Defendant's Motion for Government Agents to Retain, Preserve and Produce Rough Notes (Document No. 19) is **DENIED without prejudice**.

6. Defendant's Motion for Disclosure of Identity of Confidential Informant (Document No. 22) is **DENIED as moot**.

BY THE COURT:

_____
**Berle M. Schiller, J.**